FILED

SEPT 7, 2021

Clerk, U.S. District Court
District of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ALAN NYHART,<br><br>Defendant. | CR 17-78-BLG-SPW-4<br><br>ORDER |

For the reasons stated on the record, JOSEPH ALAN NYHART is hereby released from the custody of the U.S. Marshals Service.

DATED this 7th day of September, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1